THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIGMUND ROSENGARTEN, Appellant.

Submitted May 12, 1947; decided May 22, 1947.

Motion by appellant for reargument denied. [See 296 N. Y. 903.]

EUGENE HAHN, Appellant, *v.* LURIA STEEL & TRADING CORPORATION, Respondent.

Submitted May 12, 1947; decided May 22, 1947.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 955.]

SOL COHEN et al., Appellants, *v.* CAULDWELL-WINGATE Co. et al., Respondents.

Submitted May 12, 1947; decided May 22, 1947.

Motion by appellants for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 776.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. CRIMI, Appellant, against WARDEN OF ATTICA STATE PRISON, Respondent.

Submitted May 12, 1947; decided May 22, 1947.

Motion by appellant for reargument of motion for leave to appeal, to prosecute appeal as a poor person and for assignment of counsel, denied upon the ground that the court lacks jurisdiction to review the order sought to be appealed from. [See 296 N. Y. 1005.]